UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

MILE MARKER, INC.                                        Case No.: 14-23931-JKO

    Debtor.                                              Chapter 11

_____/

### NOTICE OF FILING SECOND AMENDED BUDGET

COMES NOW, Mile Marker, Inc., Debtor, by and through undersigned counsel, and files the attached *Second Amended Budget* for the *Debtor-In-Possession's Emergency Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and Final Hearing* [ECF No. 8].

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive such notice in this case on this the 18th day of June, 2014.

> **SHRAIBERG, FERRARA & LANDAU, P.A.**
> Attorneys for Debtor
> 2385 NW Executive Center Drive, #300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: bshraiberg@sfl-pa.com
>
> By:    */s/ Bradley S. Shraiberg*
>        Bradley S. Shraiberg
>        Fla. Bar No. 121622

{1743/000/00234858}

# MILE MARKER, INC.
### Cash Flow: June 18, 2014 - July 18, 2014

| | | |
|---|---:|---|
| DIP Financing | 400,000.00 | |
| Sales (cash basis collections) | 280,000.00 | |
| | | |
| Purchases of Inventory (including freight) | 462,000.00 | |
| | | |
| Excess of DIP Financing and Sales over Purchases | $ 218,000 | |
| | | |
| Operating Expenses: | | |
| Payroll, payroll taxes and benefits | 77,000.00 | |
| Wage motion | 33,056.31 | (was previously $28,083.04 in prior l |
| Selling costs | 25,000.00 | |
| Insurance | 7,000.00 | |
| General & Administrative | 12,633.00 | (was previously $26,000 in prior bud |
| CRO/Interim CFO | 10,000.00 | |
| US Trustee | 1,625.00 | |
| | | |
| Total Operating Disbursements | 166,314.31 | |
| | | |
| **Net Cash Flow with DIP financing** | **51,685.69** | |

**ANTICIPATED GENERAL & ADMINISTRATIVE EXPENSES**

| | |
|---|---|
| Vehicle Maintenance | $1,425.02 |
| Office Expenses | $1,593.80 |
| Bank Charges | $1,737.40 |
| Property Taxes | 3,638.84 |
| Office Supplies | $873.30 |
| Office Services | $490.56 |
| Phones | $1,320.00 |
| FPL | $1,554.00 |
| | |
| Total | $12,632.92 |